■ In the Matter of JOSEPH G. GRAHAM et al., Appellants, v FREDERIC M. UMANE et al., Respondents. [678 NYS2d 660] —In a proceeding pursuant to Election Law article 16, *inter alia*, to certify the petitioners as the candidates elected to the Party Position of Male and Female Member of the New York State Republican Committee for the 25th Assembly District, Queens County, the appeal is from a judgment of the Supreme Court, Queens County (Lonschein, J.), dated October 14, 1997, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

The petition failed to set forth facts sufficient to justify the relief requested. The petition must set forth facts supporting the claim that irregularities occurred which altered the outcome of the election (*see,* Election Law § 16-102 [3]). Allegations based on mere information and belief, omitting the source of the information or the basis for the belief, are insufficient (*see, Matter of Washington v Jenkins,* 144 AD2d 367; *Matter of Bradley v D'Apice,* 91 AD2d 691; *Matter of Cregg v Fisselbrand,* 22 AD2d 342, *affd* 15 NY2d 748). Here, neither the petition nor the supporting affidavit stated the names of voters who were allegedly improperly permitted to cast absentee paper ballots. Accordingly, the proceeding was properly dismissed. Bracken, J. P., Ritter, Copertino and Altman, JJ., concur.

■ In the Matter of BRIAN KARST et al., Appellants, v TOWN OF CARMEL, Respondent. [678 NYS2d 727] —In a proceeding pursuant to CPLR article 78 to prohibit the Town of Carmel from allegedly depriving the petitioners of their rights under McKinney's Unconsolidated Laws of NY § 971, the petitioners appeal from a judgment of the Supreme Court, Dutchess County (Beisner, J.), dated August 26, 1997, which dismissed the proceeding.

Ordered that the judgment is affirmed, with costs.

"[T]he extraordinary remedy of prohibition lies only where there is a clear legal right and only when the body or officer 'acts or threatens to act without jurisdiction in a matter over which it has no power over the subject matter or where it exceeds its authorized powers in a proceeding over which it has jurisdiction'" (*Matter of Dondi v Jones,* 40 NY2d 8, 13, quoting *Matter of State of New York v King,* 36 NY2d 59, 62). The petitioners have failed to demonstrate a clear legal right to the relief sought. Bracken, J. P., Ritter, Copertino, Santucci and Altman, JJ., concur.